THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 
 
 

v.

 
 
 
 Phillip F.
 Watts, Jr., Appellant.
 
 
 

Appeal From York County
John C. Few, Circuit Court Judge

Unpublished Opinion No. 2011-UP-421
 Submitted September 1, 2011  Filed
September 20, 2011    

APPEAL DISMISSED

 
 
 
 Appellate Defender M. Celia Robinson, of
 Columbia, for Appellant.
 Attorney General Alan Wilson, Chief Deputy
 Attorney General John W. McIntosh, and Assistant Deputy Attorney General Salley
 W. Elliott, all of Columbia; and Solicitor Kevin Scott Brackett, of York, for Respondent.
 
 
 

PER CURIAM: Phillip
 F. Watts, Jr. appeals his conviction for armed robbery and possession of a
 firearm during the commission of a violent crime, arguing the trial court erred
 in (1) refusing to prohibit the live filming of Watts's trial and (2) ruling
 the State would be allowed to impeach Watts with his prior juvenile
 convictions.  After a thorough
 review of the record, and counsel's brief pursuant to Anders v. California,
 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357
 (1991), we dismiss the appeal and grant counsel's motion to be relieved.[1]
APPEAL DISMISSED.  
HUFF, PIEPER,
 and LOCKEMY, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.